IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No.    1:26-CR- 232 (AJB) |
| | ) |
| v. | ) **Indictment** |
| | ) |
| **WILLIAM HUBER,** | ) Violations:    18 U.S.C. § 844(h)(1) |
| | ) [Use of Explosives to Commit a |
| **Defendant.** | ) Felony] |
| | ) |
| | ) 18 U.S.C. § 844(i) |
| | ) [Malicious Use of Explosives to |
| | ) Destroy a Vehicle] |
| | ) |
| | ) 2 Counts |
| | ) |
| | ) County of Offenses:    Rensselaer |

## THE GRAND JURY CHARGES:

### COUNT 1
### [Use of Explosives to Commit a Felony]

On or about March 1, 2021, in Rensselaer County in the Northern District of New York, the defendant, **WILLIAM HUBER**, knowingly used an explosive, that is, smokeless powder, to commit a felony prosecutable in a court of the United States, in that the defendant made a firearm, specifically, a destructive device, and failed to register it, in violation of 26 U.S.C. § 5861(f), all in violation of 18 U.S.C. § 844(h)(1).

### COUNT 2
### [Malicious Use of Explosives to Destroy a Vehicle]

On or about March 1, 2021, in Rensselaer County in the Northern District of New York, the defendant, **WILLIAM HUBER**, maliciously damaged and destroyed, and attempted to damage and destroy, by means of an explosive, a vehicle used in interstate commerce and in any

activity affecting interstate commerce, that is, a leased 2020 Ford F-150 truck, all in violation of

18 U.S.C. § 844(i).

Dated:    July 9, 2026

A TRUE BILL,



_____

Grand Jury Foreperson

TODD BLANCHE
Acting Attorney General

JOHN A. SARCONE III
First Assistant United States Attorney

By:    _____

Joseph S. Hartunian
Assistant United States Attorney
Bar Roll No. 704398

2